IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE GOODRITZ, : | |
| Plaintiff, : | |
| : | NO. 2:17-cv-02171-MSG |
| v. : | |
| 1013-1015 ARCH STREET REALTY, LLC : | |
| Defendant/Third Party Plaintiff : | |
| and : | |
| KEN LIU : | |
| Third Party Defendant : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff George Goodritz, Defendant 1013-1015 Arch Street Realty, LLC and Third Party Defendant Ken Liu stipulate that all of Plaintiff and Defendant/Third Party Plaintiff's claims in the above-captioned action be and are voluntarily and entirely dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Rule 41.1(b) of the Local Rules of Civil Procedure for the Eastern District of Pennsylvania. The parties further stipulate that each party shall bear his/its own costs and attorney's fees.

| /s Franklin J. Rooks Jr., Esq. | /s James L. Pearl, Esq. | /s Tsiwen Law, Esq. |
|---|---|---|
| BY: FRANKLIN J. ROOKS JR. | BY: JAMES L. PEARL | BY: TSIWEN LAW |
| Jacobson & Rooks, LLC | 1500 JFK Blvd., Suite 900 | Law & Associates, LLC |
| 525 Route 73 North, Suite 104 | Philadelphia, PA 19102 | 1617 JFK Blvd., Suite 1055 |
| Marlton, NJ 08053 | (215) 586-4422 | Philadelphia, PA 19103 |
| (856) 874-8999 | Attorney for Defendant/ | Attorney for Third Party |
| Attorney for Plaintiff GEORGE | Third Party Defendant | Defendant Ken Liu |
| GOODRITZ | 1013-1015 Arch Street | Dated: |
| Dated: | Realty, LLC | |
| | Dated: 10/30/17 | |

So ORDERED on this 1st day of November 2017.

_____ J.